IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RITA A. GRIFFITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-05-697-T |
| | ) |
| JO ANNE B. BARNHART, Commissioner of | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER AND JUDGMENT

Before the Court is the Findings and Recommendation of Magistrate Judge Shon T. Erwin issued May 31, 2006, pursuant to 28 U.S.C. § 636(b)(1). Judge Erwin recommends reversal and remand of the decision of the Social Security Administration denying Plaintiff's applications for supplemental security income and disability insurance benefits.

Because the record reflects no timely written objection, the Court finds the parties have waived further review. The Court therefore ADOPTS the Findings and Recommendation [Doc. 17] in its entirety. The Court further finds the following errors in the ALJ's decision: (1) a lack of specific reasons for disregarding the opinion of a treating physician (Dr. Ghaznavi), (2) a failure to weigh the opinions of agency physicians (Drs. McKinney and Varghese), and (3) inadequate findings concerning Plaintiff's credibility and complaint of pain.

The decision of the Commissioner is REVERSED and REMANDED for further proceedings consistent with this Order and Judgment.

Entered this 29th day of June, 2006.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE